IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






PD-NO. 0137-08





ANDREW RAMIREZ MARTINEZ, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOUTEENTH COURT OF APPEALS

HARRIS COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.


 The petition for discretionary review violates Rule of Appellate Procedure 68.4(I)
and 68.5, because the original petition does not contain a copy of the opinion of the court
of appeals and grounds and reasons for review are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the COURT OF CRIMINAL APPEALS within thirty days after the date of this
order.

En banc.

Delivered: May 21, 2008

Do Not Publish.